IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER BRILLON,

    Plaintiffs,                            No. CIV S-06-0032 LKK GGH P

    vs.

SUTTER COUNTY SHERIFF'S DEPT., et al.,

    Defendants.                  <u>FINDINGS AND RECOMMENDATIONS</u>

/

        Plaintiff, a state prisoner proceeding pro se, filed a complaint seeking relief pursuant to 42 U.S.C. § 1983.  By order filed on April 11, 2006, plaintiff's allegations as to certain defendants and claims were dismissed with leave granted to file an amended complaint within thirty days.   Plaintiff failed to amend his complaint; therefore, by a concurrently filed order, the court has found service of process appropriate for some defendants in plaintiff's original complaint.  For the reasons set forth in the court's order, filed on April 11, 2006, the undersigned now recommends dismissal of certain of the named defendants and claims.

        Accordingly, IT IS HEREBY RECOMMENDED that defendants Lt. Odem; Sgt. Gaza; Deputies Roberts, Hunter; Helzer; Taylor; Crawford; Adams; and Freiman be dismissed from this action, as well as the claim against defendant Mitchell, regarding the alleged attack on a third party inmate.

1   These findings and recommendations are submitted to the United States District
2   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3   days after being served with these findings and recommendations, plaintiff may file written
4   objections with the court.  Such a document should be captioned "Objections to Magistrate
5   Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
6   within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
7   <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

8   DATED: 7/14/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
brill0032.fr