IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER BRILLON,

        Plaintiff,                    No. CIV S-06-0032 LKK GGH P

    vs.

SUTTER COUNTY SHERIFF'S DEPT., et al.,

        Defendants.        ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 14, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

\\\\\

1

1. The findings and recommendations filed July 14, 2006, are adopted in full; and

2. Defendants Lt. Odem; Sgt. Gaza; Deputies Roberts, Hunter, Helzer; Taylor; Crawford; Adams; and Freiman are dismissed from this action, as well as the claim against defendant Mitchell, regarding the alleged attack on a third party inmate.

DATED:   November 28, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT