IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER BRILLON,

       Plaintiff,                    No. CIV S-06-0032 LKK GGH P

   vs.

SUTTER COUNTY SHERIFF'S DEPT., et al.,

       Defendants.             <u>ORDER TO SHOW CAUSE</u>

_____/

        By an order filed July 14, 2006, this court directed the plaintiff to complete service of process in accordance with Federal Rule of Civil Procedure 4 within sixty days. No proof of service has been filed.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, within twenty days from the date of this order, why service has not been executed.

DATED: 12/13/06

                                  /s/ Gregory G. Hollows

                                  UNITED STATES MAGISTRATE JUDGE

GGH:035
bril0032.osc

1