IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER BRILLON,

    Plaintiff,                      No. CIV S-06-0032 LKK GGH P

    vs.

SUTTER COUNTY SHERIFF'S DEPT., et al.,

    Defendants.                FINDINGS & RECOMMENDATIONS

/

        By order filed December 13, 2006, plaintiff was ordered to show cause, within twenty days, why his action should not be dismissed for failure to serve.[1] The twenty day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

---

[1] Plaintiff paid the filing fee. This court invited plaintiff to file an IFP application for service of process and other reasons, but plaintiff did not do so.

specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 2/13/07                  /s/ Gregory G. Hollows

                                                   UNITED STATES MAGISTRATE JUDGE

GGH:035
bril0032.fsc